### STATE of Maine

v.

### Terrence GARRITY.

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 13, 1988.
Decided Oct. 21, 1988.

Mary C. Tousignant, Dist. Atty., Anne Jordan, Asst. Dist. Atty., Alfred, for plaintiff.

James G. Boulos, Jr., Biddeford, for defendant.

Before McKUSICK, C.J. and WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Terrence Garrity entered a conditional plea of guilty under M.R.Crim.P. 11(a)(2) in the Superior Court (York County; Brodrick, J.) and now appeals the District Court's denial (Biddeford; Janelle, J.) of his motion to suppress. We affirm. The police officer who stopped Garrity on suspicion of operating under the influence had, from his own observations and a toll booth exit report, specific and articulable facts sufficient to conclude that a temporary stop was warranted to investigate further. *State v. Griffin*, 459 A.2d 1086, 1089 (Me. 1983); *State v. Peaslee*, 526 A.2d 1392 (Me. 1987).

The entry is:

JUDGMENT AFFIRMED.

All concurring.